FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2000

at __4__ o'clock and __25__ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MONTEZ SALAMASINA OTTLEY,<br><br>    Defendant. | ) CR. 00-00126 HG-01<br>)<br>)<br>) **ORDER DENYING WRIT OF HABEAS**<br>) **CORPUS REQUEST**<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER DENYING WRIT OF HABEAS CORPUS REQUEST**

On March 31, 2000, **Aran Alton: Ardaiz** filed the instant

request for writ of habeas corpus, purporting to represent Montez

Salamasina Ottley. Under this Court's local rules, "[o]nly a

member of the bar of this court or any attorney otherwise

authorized by these rules to practice before this court may enter

an appearance for a party, . . . Nothing in these rules shall

prohibit any individual from appearing in propria persona."

Local Rule 83.2.  Ardaiz is not authorized to practice before

this Court.  Under Local Rule 83.2, he may not represent

Plaintiff in this action in this Court.

In addition, on July 16, 1998, Judge Manuel L. Real entered

a Minute Order in Civil Number 98-00545 MLR, ordering the Clerk of Court to not accept any filings made my Ardaiz without approval of the Chief Judge for the District of Hawaii.

The Court, accordingly, dismisses the writ of habeas corpus request. The Court instructs the Clerk of Court to not accept any further filings in this matter from Aran Alton: Ardaiz without prior approval of the undersigned.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____ April 6, 2000 _____.

HELEN GILLMOR
United States District Judge

United States of America v. Ottley, CR. No. 00-00126 HG-01; Order Denying Writ of Habeas Corpus Request